# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Edward Franklin Dabney**  **BK NO. 20-00555 HWV**
       **Angelea Michelle Dabney**

                **Debtor(s)**  **Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

                      Respectfully submitted,

/s/ **Rebecca Solarz**
Rebecca Solarz
04 Nov 2020, 14:10:43, EST

        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA  19106
        215-627-1322