# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   EDWARD FRANKLIN DABNEY

        ANGELEA MICHELLE JONES

                Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
                Movant

vs.

        EDWARD FRANKLIN DABNEY
         ANGELEA MICHELLE JONES

                Respondent(s)

CHAPTER 13

CASE NO: 1-20-00555-HWV

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on December 9, 2020, Charles DeHart, III, Standing Chapter 13 Trustee, through his attorney, James K. Jones, Esquire, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:   December 9, 2020                        Respectfully submitted,

                                                               /s/   James K. Jones, Esquire
                                                               ID:  39031
                                                               Attorney for Movant
                                                               Charles J. DeHart, III
                                                               Standing Chapter 13 Trustee
                                                              8125 Adams Drive, Suite A
                                                               Hummelstown, PA 17036
                                                               Phone:  (717) 566-6097
                                                               Fax:  (717) 566-8313
                                                               eMail:  jjones@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     EDWARD FRANKLIN DABNEY
ANGELEA MICHELLE JONES

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

CASE NO: 1-20-00555-HWV

Movant

## NOTICE

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

>January 13, 2021 at 09:35 AM
>This hearing will be held telephonically using Courtcall.

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee DeHart's office.

**AMOUNT DELINQUENT AS OF LAST MONTH: $ 1500.00**
**AMOUNT DUE FOR THIS MONTH: $750.00**
**TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE: $2250.00**

**NOTE:**
    **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

    **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

    If **submitting payment by U.S. First Class Mail** mail to**:**
        **CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA 17604**

    If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: December 9, 2020

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    EDWARD FRANKLIN DABNEY

         ANGELEA MICHELLE JONES        CHAPTER 13

                    Debtor(s)

        CHARLES J. DEHART, III             CASE NO: 1-20-00555-HWV
        CHAPTER 13 TRUSTEE
                 Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 9, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| DAWN MARIE CUTAIA, ESQUIRE<br>115 EAST PHILADELPHIA STREET<br>YORK, PA 17401- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | Served electronically |
| EDWARD FRANKLIN DABNEY<br>ANGELEA MICHELLE JONES<br>1590 PLEADER LANE<br>YORK, PA 17402 | Served by 1st Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date: December 9, 2020          Liz Joyce
                                           for Charles J. DeHart, III, Trustee
                                           Suite A, 8125 Adams Dr.
                                           Hummelstown, PA 17036
                                           Phone: (717) 566-6097
                                           eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: EDWARD FRANKLIN DABNEY
ANGELEA MICHELLE JONES

      Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
      Movant

CASE NO: 1-20-00555-HWV

vs.

EDWARD FRANKLIN DABNEY
ANGELEA MICHELLE JONES

MOTION TO DISMISS

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.