UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     EDWARD FRANKLIN DABNEY
            ANGELEA MICHELLE JONES
                    Debtor(s)                      CHAPTER 13
            CHARLES J. DEHART, III
            CHAPTER 13 TRUSTEE
                    Movant                        CASE NO: 1-20-00555-HWV
            vs.
            EDWARD FRANKLIN DABNEY
            ANGELEA MICHELLE JONES
                    Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on January 5, 2021, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1. An Amended Plan was filed on September 8, 2020.

2. A hearing was held and an Order was entered on October 28, 2020 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

                                             Respectfully submitted,

                                             s/    James K. Jones, Esq.
                                             Id:   39031
                                             Attorney for Trustee
                                             Charles J. DeHart, III
                                             Standing Chapter 13 Trustee
                                             Ste. A, 8125 Adams Drive
                                             Hummelstown, PA    17036
                                             Ph.   717-566-6097
                                             Fax. 717-566-8313
                                             eMail: jjones@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: EDWARD FRANKLIN DABNEY
ANGELEA MICHELLE JONES

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

CASE NO: 1-20-00555-HWV

Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

Ronald Reagan Federal Bldg
Bankruptcy Courtroom, 3rd Floor
228 Walnut Street
Harrisburg, PA 17101

Date: January 27, 2021

Time: 09:35 AM

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: dehartstaff@pamd13trustee.com

Dated: January 5, 2021

IN RE: EDWARD FRANKLIN DABNEY
ANGELEA MICHELLE JONES

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

Movant

EDWARD FRANKLIN DABNEY
ANGELEA MICHELLE JONES

Respondent(s)

CHAPTER 13

CASE NO: 1-20-00555-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on January 5, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| DAWN MARIE CUTAIA, ESQUIRE<br>115 EAST PHILADELPHIA STREET<br>YORK, PA 17401- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | Served electronically |
| EDWARD FRANKLIN DABNEY<br>1590 PLEADER LANE<br>YORK, PA 17402 | Served by 1st Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date: January 5, 2021

Respectfully,
Vickie Williams
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: EDWARD FRANKLIN DABNEY
ANGELEA MICHELLE JONES

| | |
|---|---|
| Debtor(s) | CHAPTER 13 |
| CHARLES J. DEHART, III | |
| CHAPTER 13 TRUSTEE | |
| Movant | |
| EDWARD FRANKLIN DABNEY | |
| ANGELEA MICHELLE JONES | CASE NO: 1-20-00555-HWV |
| Respondent(s) | |

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.