UNITED STATES BANKRUPTCY COURT FOR

THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| Edward Franklin Dabney and Angelea Michelle Jones | : | |
| Debtors | : | |
| | : | |
| | : | CASE No. 1:20-bk-00555-HWV |

## MOTION TO AUTHORIZE WAGE ATTACHMENT

**COME NOW**, the Debtor, Angelea Michelle Jones, by and through counsel, Dawn M. Cutaia, and respectfully represents:

1. The Debtor is in an active Chapter 13 bankruptcy..

2. The Debtor receives regular income from employment with Kaiser Permanete which may be attached under 11 U.S.C. § 1326 to fund the Chapter 13 Plan.

3. The likelihood of success in this case will increase if the Motion for Wage Attachment is granted.

**WHEREFORE**, the Debtor respectfully requests this Court enter an Order directing the above-mentioned employer to Pay Trustee in the amount set forth in the attached Order.

Date: March 1, 2021                                                                                         Respectfully Submitted,

By: **/s/ Dawn M. Cutaia**
Supreme Court ID 77965
Attorney for Debtor
115 East Philadelphia Street
York, PA 17401
717-304-1841
dmcutaia@gmail.com

UNITED STATES BANKRUPTCY COURT FOR

THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| Edward Franklin Dabney and Angelea Michelle Jones | : : | |
| Debtors | : : | |
| | : | CASE No. 1:20-bk-00555-HWV |

### ORDER TO PAY TRUSTEE

**AND NOW**, upon consideration of the above-referenced Debtor having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

**IT IS HEREBY ORDERED** that until further Order of this Court:

**Employer:** Kaiser Permanete National Payroll Service
2701 NW Vaught Street
Suite 490
Portland, OR 97201
Employee# 00449492

**Shall deduct from Angelea Michelle Jones income the sum of $346.00 each bi-weeekly pay**, beginning with the first pay in **March, 2021,** and deduct this same amount each pay thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor and remit the deducted sums to:

Chapter 13 Trustee
PO Box 7005
Lancaster PA 17604

**IT IS FURTHER ORDERED** that checks issued to the Trustee pursuant to this Order shall include the above-captioned case number on the face of the check.

**By the Court**

_____