United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-00555-HWV |
| Edward Franklin Dabney | Chapter 13 |
| Angelea Michelle Jones | |
|    Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Mar 02, 2021 | Form ID: pdf010 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2021:**

**Recip ID**    **Recipient Name and Address**
Kaiser Permanete Natl, Payroll Service, Suite 490, Portland, OR 97201

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 04, 2021            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2021 at the address(es) listed below:

**Name**    **Email Address**

Bradley J Osborne
    on behalf of Creditor Bridgecrest Credit Company  LLC bosborne@hoflawgroup.com

Charles J DeHart, III (Trustee)
    TWecf@pamd13trustee.com

Dawn Marie Cutaia
    on behalf of Debtor 2 Angelea Michelle Jones dmcutaia@gmail.com
    cutaialawecf@gmail.com;r46159@notify.bestcase.com,judy.cutaialaw@gmail.com

Dawn Marie Cutaia
    on behalf of Debtor 1 Edward Franklin Dabney dmcutaia@gmail.com
    cutaialawecf@gmail.com;r46159@notify.bestcase.com,judy.cutaialaw@gmail.com

Jerome B Blank
    on behalf of Creditor Freedom Mortgage Corporation pamb@fedphe.com

Jodi Hause
    on behalf of Creditor Freedom Mortgage Corporation jodi.hause@usdoj.gov  pamb@fedphe.com

Mario J. Hanyon

on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Pamela Cunningham

on behalf of Creditor Bridgecrest Credit Company LLC pcunningham@hoflawgroup.com

Rebecca Ann Solarz

on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

UNITED STATES BANKRUPTCY COURT FOR

THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| Edward Franklin Dabney and Angelea Michelle Jones | : : | |
| Debtors | : : | |
| | : | CASE No. 1:20-bk-00555-HWV |

## ORDER TO PAY TRUSTEE

**AND NOW**, upon consideration of the above-referenced Debtor having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

**IT IS HEREBY ORDERED** that until further Order of this Court:

**Employer:** Kaiser Permanete National Payroll Service
2701 NW Vaught Street
Suite 490
Portland, OR 97201
Employee# 00449492

**Shall deduct from Angelea Michelle Jones income the sum of $346.00 each bi-weeekly pay**, beginning with the first pay in **March, 2021,** and deduct this same amount each pay thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor and remit the deducted sums to:

Chapter 13 Trustee
PO Box 7005
Lancaster PA 17604

**IT IS FURTHER ORDERED** that checks issued to the Trustee pursuant to this Order shall include the above-captioned case number on the face of the check.

Dated: March 2, 2021

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge (CD)