UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: EDWARD FRANKLIN DABNEY and : CHAPTER 13
ANGELEA MICHELLE JONES :
   Debtor(s) :
    :
JACK N ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
   Movant :
    :
vs. :
    :
EDWARD FRANKLIN DABNEY and :
ANGELEA MICHELLE JONES :
   Respondent(s) : CASE NO. 1-20-bk-00555

## TRUSTEE'S OBJECTION TO THIRD AMENDED CHAPTER 13 PLAN

AND NOW, this 21st day of June, 2021, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

    a. Proof of Claim for Acceptance Now.

2. The Trustee aver that debtors' plan is not feasible based upon the following:

    a. The plan is underfunded relative to claims to be paid – 100% plan.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.
   b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/James K. Jones
               Attorney for Trustee

CERTIFICATE OF SERVICE

        AND NOW, this 21st day of June, 2021, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Dawn Marie Cutaia, Esquire
115 East Philadelphia Street
York, PA   17401

                                            /s/Deborah A. Behney
                                            Office of Jack N. Zaharopoulos
                                            Standing Chapter 13 Trustee

Case 1:20-bk-00555-HWV    Doc 81    Filed 06/21/21    Entered 06/21/21 10:30:38    Desc
Main Document    Page 2 of 2