UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PA

Chapter: 13
Case No: 2000555

In re: EDWARD FRANKLIN DABNEY
ANGELEA MICHELLE JONES

Account Number: 4076

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Portfolio Recovery Associates, LLC by PRA Receivables Management, LLC agent. Pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 12 filed on or about 03/16/2020 in the amount of $1,940.51 .

On this 8/17/2021.


By: /s/ Zachery C. Hayes
Zachery C. Hayes, Bankruptcy Representative
PRA Receivables Management, LLC.
POB 41067
Norfolk, VA 23541
E-mail: Bankruptcy_Info@portfoliorecovery.com