UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CASE NO. 20-00555

Edward Franklin Dabney
Angelea Michelle Jones

Debtor (s)     Chapter 13

## CERTIFICATE OF SERVICE

I, Dawn M. Cutaia, of Pugh & Cutaia PLLC, hereby certify that on 08/31/2021 a true and correct copy of the foregoing **Objection to Proof of Claim# 16-1 and Notice** was served by first-class mail, postage prepaid on the following parties:

Portfolio Recovery Associates, LLC
PO BOX 12914
Norfolk VA 23541

Respectfully Submitted:

/s/ Dawn M. Cutaia
Pugh & Cutaia PLLC
115 E. Philadelphia St.
York, PA 17401