UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                              CASE NO. 20-00555

**Edward Franklin Dabney**
**Angelea Michelle Jones**

   **Debtor (s)**                                   Chapter 13

## CERTIFICATE OF SERVICE

I, Dawn M. Cutaia, of Pugh & Cutaia PLLC, hereby certify that on 08/31/2021 a true and correct copy of the foregoing **Objection to Proof of Claim# 14-1 and Notice** was served by first-class mail, postage prepaid on the following parties:

Portfolio Recovery Associates, LLC
PO BOX 12914
Norfolk VA 23541

                                                    Respectfully Submitted:

                                                    /s/ Dawn M. Cutaia
                                                    Pugh & Cutaia PLLC
                                                    115 E. Philadelphia St.
                                                    York, PA 17401