UNITED STATES BANKRUPTCY COURT IN THE
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| IN RE:<br>Edward Franklin Dabney<br>Angelea Michelle Jones | CHAPTER 13 |
| **Debtor(s)** | |
| Edward Franklin Dabney<br>Angelea Michelle Jones | CASE NO: 20-00555 |
| **Objector(s)** | |
| Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | Objection to Proof of Claim# 13-1 |
| **Claimant** | |

## ORDER

Upon consideration of Debtors' Objection to **Proof of Claim No. 13-1 filed by Portfolio Recovery Associates, LLC,** it is hereby:

ORDERED that the Debtor's objection to **Proof of Claim No. 13-1** is sustained and **Proof of Claim No. 13-1 shall be DISALLOWED in its entirety.**