UNITED STATES BANKRUPTCY COURT IN THE
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **IN RE:**<br>**Edward Franklin Dabney**<br>**Angelea Michelle Jones**<br><br>**Debtor(s)** | **CHAPTER 13** |
| **Edward Franklin Dabney**<br>**Angelea Michelle Jones**<br><br>**Objector(s)** | **CASE NO: 20-00555** |
| **Portfolio Recovery Associates, LLC**<br>POB 12914<br>Norfolk VA 23541<br><br>**Claimant** | Objection to Proof of Claim# 14-1 |

## **ORDER**

Upon consideration of Debtors' Objection to **Proof of Claim No. 14-1 filed by Portfolio Recovery Associates, LLC,** it is hereby:

ORDERED that the Debtor's objection to **Proof of Claim No. 14-1** is sustained and **Proof of Claim No. 14-1 shall be DISALLOWED in its entirety.**