United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-00555-HWV |
| Edward Franklin Dabney | Chapter 13 |
| Angelea Michelle Jones | |
|    Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Oct 07, 2021 | Form ID: pdf010 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5312517 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 07 2021 18:58:16 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradley J Osborne | on behalf of Creditor Bridgecrest Credit Company LLC bosborne@hoflawgroup.com, pfranz@hoflawgroup.com |
| Dawn Marie Cutaia | on behalf of Debtor 2 Angelea Michelle Jones dmcutaia@gmail.com cutaialawecf@gmail.com;r46159@notify.bestcase.com,judy.cutaialaw@gmail.com |
| Dawn Marie Cutaia | on behalf of Debtor 1 Edward Franklin Dabney dmcutaia@gmail.com cutaialawecf@gmail.com;r46159@notify.bestcase.com,judy.cutaialaw@gmail.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jerome B Blank | on behalf of Creditor Freedom Mortgage Corporation pamb@fedphe.com |
| Jodi Hause | |

|  |  |
|---|---|
|  | on behalf of Creditor Freedom Mortgage Corporation jodi.hause@usdoj.gov  pamb@fedphe.com |
| Mario J. Hanyon | |
|  | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Pamela Cunningham | |
|  | on behalf of Creditor Bridgecrest Credit Company  LLC pcunningham@hoflawgroup.com |
| Rebecca Ann Solarz | |
|  | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| United States Trustee | |
|  | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

# UNITED STATES BANKRUPTCY COURT IN THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:**

| | |
|---|---|
| **IN RE:**<br>**Edward Franklin Dabney**<br>**Angelea Michelle Jones**<br><br>**Debtor(s)** | **CHAPTER 13** |
| **Edward Franklin Dabney**<br>**Angelea Michelle Jones**<br><br>**Objector(s)** | **CASE NO: 20-00555** |
| **Portfolio Recovery Associates, LLC**<br>**POB 12914**<br>**Norfolk VA 23541**<br><br>**Claimant** | **Objection to Proof of Claim# 14-1** |

## ORDER

Upon consideration of Debtors' Objection to **Proof of Claim No. 14-1 filed by Portfolio Recovery Associates, LLC**, it is hereby:

ORDERED that the Debtor's objection to **Proof of Claim No. 14-1** is sustained and **Proof of Claim No. 14-1 shall be DISALLOWED in its entirety.**

Dated: October 7, 2021             By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge (MS)