| | |
|---|---|
| In Re: | CHAPTER 13 |
|     Edward Franklin Dabney and | |
|     Angelea Michelle Jones | |
|                  Debtors | CASE NO. 20-00555 |

## **MOTION TO STOP WAGE ATTACHMENT**

**COME NOW**, the Debtor(s), Edward Franklin Dabney and Angelea Michelle Jones, by and through counsel, Dawn M. Cutaia, of Pugh & Cutaia, PLLC, and respectfully represents

1. The Debtors, Edward Franklin Dabney and Angelea Michelle Jones, filed a Chapter 13 bankruptcy petition on February 14, 2020.
2. The Debtor Angelea Michelle Jones agreed to a wage attachment and a wage attachment order was entered on March 2, 2021.
3. Debtors have filed a Motion to Suspend Plan Payments due to a temporary reduction in income.
4. Debtors intend to reinstate the wage attachment at the end of the three month suspension, or if the suspension is not granted, immediately after receiving notice that it was not granted.

**WHEREFORE**, the Debtors respectfully request this Honorable Court terminate the wage attachment

Date: 11/30/2022                                                                            Respectfully submitted,

/s/ Dawn M. Cutaia
Dawn M. Cutaia, Esquire
Attorney ID #77695
115 E. Philadelphia Street
York, PA 17401
(717)304-1841
dmcutaia@gmail.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:                                                CHAPTER 13
    Edward Franklin Dabney and
    Angelea Michelle Jones

                          Debtors                       CASE NO. 20-00555

## ORDER TO STOP WAGE ATTACHMENT

      **AND NOW**, upon consideration of Debtors' Motion to Terminate Wage Attachment, said motion is hereby granted and the wage attachment entered in the above referenced case is hereby terminated.