UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   CASE NO. 20-00555
Edward Franklin Dabney
Angelea Michelle Jones

Debtor (s)   Chapter 13

## CERTIFICATE OF SERVICE

I, Dawn M. Cutaia, of Fresh Start Law, PLLC, hereby certify that on 12/1/2022, a true and correct copy of the foregoing **MOTION TO SUSPEND PAYMENTS AND NOTICE** was served by electronic filing and/or first-class mail, postage prepaid on the following parties:

**Served via USPS First class mail**

**Acceptance Now**
5501 Headquarters Drive
Plano, TX 75024

**Jefferson Capital Systems LLC**
PO Box 7999
St Cloud, MN 56302

**Served via ECF**
**Bridgecrest Credit Company, LLC**
**Freedom Mortgage Corp**
**Jack N Zaharopoulos (Trustee)**

Respectfully Submitted:

/s/ Dawn M. Cutaia
Fresh Start Law, PLLC
1701 West Market Street
York, PA 17404