United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-00555-HWV |
| Edward Franklin Dabney | Chapter 13 |
| Angelea Michelle Jones | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: Dec 01, 2022      Form ID: pdf010      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2022:**

**Recip ID**      **Recipient Name and Address**
    +    Kaiser Permanete National Payroll Service, 2701 NW Vaught Street, Suite 490, Portland OR 97210-5358

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2022 at the address(es) listed below:

**Name**      **Email Address**

Bradley J Osborne
     on behalf of Creditor Bridgecrest Credit Company LLC bosborne@hoflawgroup.com, ckohn@hoflawgroup.com

Brian C Nicholas
     on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

Dawn Marie Cutaia
     on behalf of Debtor 1 Edward Franklin Dabney dmcutaia@gmail.com
     cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com;r46159@notify.bestcase.com

Dawn Marie Cutaia
     on behalf of Debtor 2 Angela Michelle Jones dmcutaia@gmail.com
     cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com;r46159@notify.bestcase.com

Denise E. Carlon
     on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com

Jack N Zaharopoulos (Trustee)
TWecf@pamd13trustee.com

Jerome B Blank
on behalf of Creditor Freedom Mortgage Corporation pamb@fedphe.com

Jodi Hause
on behalf of Creditor Freedom Mortgage Corporation jodi.hause@usdoj.gov pamb@fedphe.com

Mario J. Hanyon
on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Michael Patrick Farrington
on behalf of Creditor Freedom Mortgage Corporation mfarrington@kmllawgroup.com

Pamela Cunningham
on behalf of Creditor Bridgecrest Credit Company LLC pcunningham@hoflawgroup.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 12

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:  CHAPTER 13
    Edward Franklin Dabney and
    Angelea Michelle Jones

    Debtors  CASE NO. 20-00555

## ORDER TO STOP WAGE ATTACHMENT

**AND NOW**, upon consideration of Debtors' Motion to Terminate Wage Attachment, said motion is hereby granted and the wage attachment entered in the above referenced case is hereby terminated.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: December 1, 2022