IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Edward Franklin Dabney<br>　　　Angelea Michelle Dabney<br>　　　　　Debtor(s) | CHAPTER 13 |
| FREEDOM MORTGAGE CORPORATION<br>　　　　　Movant<br>　vs. | NO. 20-00555 HWV |
| Edward Franklin Dabney<br>Angelea Michelle Dabney<br>　　　　　Debtor(s) | |
| Jack N. Zaharopoulos<br>　　　　　Trustee | 11 U.S.C. Section 362 |

### DEBTORS' ANSWER TO MOTION OF FREEDOM MORTGAGE CORPORATION FOR RELIEF FROM THE AUTOMATIC STAY

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Denied. There were no arrears at the time the bankruptcy was filed.

6. Admitted in part; Denied in part. Debtors have failed to make some mortgage payments post-petition.

7. Denied in that Debtors are without personal knowledge as to the exact amount of arrears.

8. Denied. Debtors can cure the arrears through an amended plan.

9. No response required.

WHEREFORE, Debtors respectfully request this Honorable Court deny the Motion for Relief from Stay.

Respectfully submitted,

/s/ Dawn Marie Cutaia
1701W. Market Street
York, PA 17404
717-304-1841
dmcutaia@gmail.com