UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: EDWARD FRANKLIN DABNEY and ANGELA MICHELLE JONES<br> Debtors | : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS STANDING CHAPTER 13 TRUSTEE<br> Movant | : | |
| vs. | : | |
| EDWARD FRANKLIN DABNEY and ANGELA FRANKLIN JONES<br> Respondents | : | CASE NO. 1-20-bk-00555 |

TRUSTEE'S OBJECTION TO SIXTH AMENDED CHAPTER 13 PLAN

AND NOW, this 11th day of July, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a. Insufficient Monthly Net Income as indicated on Schedules I and J.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

 a. Deny confirmation of debtor(s) plan.
 b. Dismiss or convert debtor(s) case.
 c. Provide such other relief as is equitable and just.

  Respectfully submitted:

  Jack N. Zaharopoulos
  Standing Chapter 13 Trustee
  8125 Adams Drive, Suite A
  Hummelstown, PA 17036
  (717) 566-6097

BY: /s/Douglas R. Roeder
  Attorney for Trustee

CERTIFICATE OF SERVICE

       AND NOW, this   11th   day of July, 2023, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Dawn Marie Cutaia, Esquire
Fresh Start Law, PLLC
1701 West Market Street
York, PA   17404

                                              /s/Deborah A. DePalma
                                              Office of Jack N. Zaharopoulos
                                              Standing Chapter 13 Trustee4