IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Chapter 13 |
| **Edward Franklin Dabney** and **Angelea Michelle Jones**, Debtors | CASE NO: **1:20-bk-00555-HWV** |
| **Edward Franklin Dabney**, Debtor/Movant | |

**MOTION TO DISMISS PARTY**

Movant, EDWARD FRANKLIN DABNEY, by and through his attorney, Dawn M. Cutaia of Fresh Start Law LLC, requests entry of an order dismissing him as a party in the above-captioned case and states:

1. Debtors filed this Chapter 13 bankruptcy case on February 14, 2020.
2. Debtors' plan was confirmed on March 24, 2022.
3. Movant Edward Frankly Dabney no longer wishes to be a part of the bankruptcy case.
4. The case will continue with Angela Michelle Jones as the sole Debtor.

WHEREFORE, Movant respectfully requests that the Court enter an order dismissing him as a party in this case.

Date: 12/17/23

Respectfully Submitted:

/s/ Dawn M. Cutaia
Fresh Start Law, LLC
Attorney for Debtor
Supreme Court ID: 77965
1701 W. Market St.
York, PA 17404

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Chapter 13 |
| **Edward Franklin Dabney** and<br>**Angelea Michelle Jones,**<br>Debtors | CASE NO: **1:20-bk-00555-HWV** |
| **Edward Franklin Dabney**,<br>Movant | |

**ORDER**

AND NOW, upon consideration of Movant's Motion to Dismiss Party, said Motion is hereby granted and Debtor Edward Franklin Dabney is dismissed from the case.