United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                          Case No. 20-00555-HWV
Edward Franklin Dabney                                          Chapter 13
Angelea Michelle Jones
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Dec 18, 2023 | Form ID: pdf010 | Total Noticed: 42 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edward Franklin Dabney, Angelea Michelle Jones, 1590 Pleader Lane, York, PA 17402-7658 |
| 5303723 | | Bridgecrest credit company, LLC, PO Box 29018 Phoenix AZ 85038 |
| 5301851 | + | Consumer Portfolio Services, 700 Independence Pkwy Suite 400, Chesapeake, VA 23320-5186 |
| 5301856 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 5303192 | | consumer, P. O. Box 57071, Irvine, CA 92619-7071 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 18 2023 18:42:11 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 18 2023 18:52:58 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Dec 18 2023 18:52:26 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5301847 | + | Email/Text: mnapoletano@ars-llc.biz | Dec 18 2023 18:42:00 | Ability Recovery Services, LLC, PO Box 4031, Wyoming, PA 18644-0031 |
| 5301848 | + | Email/Text: bankruptcy@rentacenter.com | Dec 18 2023 18:42:00 | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 5301849 | + | Email/Text: rm-bknotices@bridgecrest.com | Dec 18 2023 18:42:00 | Bridgecrest, PO Box 53087, Phoenix, AZ 85072-3087 |
| 5301850 | + | Email/Text: bankruptcy@cavps.com | Dec 18 2023 18:42:00 | Calvary Portfolio, 500 Summit Lake Dr. Suite 4A, Valhalla, NY 10595-2323 |
| 5302926 | + | Email/Text: bankruptcy@cavps.com | Dec 18 2023 18:42:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5301852 | + | Email/Text: bankruptcy@consumerportfolio.com | Dec 18 2023 18:42:00 | Consumer Portfolio Svc, 19500 Jamboree Rd, Irvine, CA 92612-2437 |
| 5301853 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 18 2023 18:42:00 | Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 5301855 | + | Email/Text: bankruptcydepartment@tsico.com | Dec 18 2023 18:42:00 | EOS CCA, PO Box 981008, Boston, MA 02298-1008 |
| 5301854 | + | Email/Text: bknotice@ercbpo.com | Dec 18 2023 18:42:00 | Enhanced Recovery Co L, Po Box 57547, Jacksonville, FL 32241-7547 |
| 5441226 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 18 2023 18:42:10 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 5515947 | + Email/PDF: acg.acg.ebn@aisinfo.com | Dec 18 2023 18:41:39 | Exeter Finance LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5318338 | + Email/Text: Bankruptcy@Freedommortgage.com | Dec 18 2023 18:42:00 | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE CORP., Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 5301858 | + Email/Text: Bankruptcy@Freedommortgage.com | Dec 18 2023 18:42:00 | Freedom Mortgage Corp, 907 Pleasant Valley Aurel, Mount Laurel, NJ 08054-1210 |
| 5301859 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Dec 18 2023 18:52:58 | HUD, 451 7th Street, SW, Washington, DC 20410-0002 |
| 5315897 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Dec 18 2023 18:42:00 | HYUNDAI CAPITAL AMERICA DBA, HYUNDAI MOTOR FINANCE, PO BOX 20809, FOUNTAIN VALLEY, CA 92728-0809 |
| 5301860 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Dec 18 2023 18:42:00 | Hyundai Capital Americ, 10550 Talbert Av, Fountain Valley, CA 92708-6032 |
| 5301861 | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 18 2023 18:42:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 5342148 | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 18 2023 18:42:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 5342149 | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 18 2023 18:42:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302, JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 5320182 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 18 2023 18:42:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 5301862 | + Email/Text: electronicbkydocs@nelnet.net | Dec 18 2023 18:42:00 | Nelnet LNS, PO Box 82561, Lincoln, NE 68501-2561 |
| 5304852 | Email/Text: ECMCBKNotices@ecmc.org | Dec 18 2023 18:42:00 | Nelnet on behalf of ECMC, Educational Credit Management Corp, PO Box 16408, St. Paul MN 55116-0408 |
| 5301864 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 18 2023 18:52:58 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd. Suite 100, Norfolk, VA 23502 |
| 5312517 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 18 2023 18:53:21 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5306286 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 18 2023 18:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5301863 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 18 2023 18:52:57 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 5318863 | + Email/Text: JCAP_BNC_Notices@jcap.com | Dec 18 2023 18:42:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5301865 | + Email/PDF: RACBANKRUPTCY@BBANDT.COM | Dec 18 2023 18:53:21 | Regional Acceptance Co, 1424 E Fire Tower Road, Greenville, NC 27858-4105 |
| 5301866 | + Email/PDF: RACBANKRUPTCY@BBANDT.COM | Dec 18 2023 18:53:21 | Regional Acceptance Corp, 10045 Red Run, Owings Mills, MD 21117-5903 |
| 5305834 | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Dec 18 2023 18:53:21 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 5301867 | + Email/Text: bankruptcy@sw-credit.com | Dec 18 2023 18:42:00 | Southwest Credit Syste, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 5302234 | + Email/PDF: ais.sync.ebn@aisinfo.com | Dec 18 2023 18:42:08 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| 5303538 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | | |
|---|---|---|---|
| | | Dec 18 2023 18:52:58 | U.S. Department of Housing and Urban Development, The Wanamaker Building, 100 Penn Square East, 11th Floor, Philadelphia, PA 19107-3380 |
| 5301868 | + Email/Text: kcm@yatb.com | | |
| | | Dec 18 2023 18:42:00 | York Adams Tax Bureau, PO BOX 15627, York, PA 17405-0156 |

TOTAL: 37

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Exeter Finance LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 5301857 | *+ | Fed Loan Serv, PO Box 60610, Harrisburg, PA 17106-0610 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bradley J Osborne | on behalf of Creditor Bridgecrest Credit Company  LLC bosborne@hoflawgroup.com, ckohn@hoflawgroup.com |
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Dawn Marie Cutaia | on behalf of Debtor 1 Edward Franklin Dabney dmcutaia@gmail.com cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com,julie.yorkparalegal@gmail.com;r46159@notify.bestcase.com |
| Dawn Marie Cutaia | on behalf of Debtor 2 Angelea Michelle Jones dmcutaia@gmail.com cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com,julie.yorkparalegal@gmail.com;r46159@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jerome B Blank | on behalf of Creditor Freedom Mortgage Corporation pamb@fedphe.com |

Jodi Hause

on behalf of Creditor Freedom Mortgage Corporation jodi.hause@usdoj.gov  pamb@fedphe.com

Mario J. Hanyon

on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Michael Patrick Farrington

on behalf of Creditor Freedom Mortgage Corporation mfarrington@kmllawgroup.com

Pamela Cunningham

on behalf of Creditor Bridgecrest Credit Company  LLC pcunningham@hoflawgroup.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

William E. Craig

on behalf of Creditor Exeter Finance LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com


TOTAL: 14

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: | Chapter 13

**Edward Franklin Dabney** and
**Angelea Michelle Jones,**
   Debtors

CASE NO: **1:20-bk-00555-HWV**

**Edward Franklin Dabney**,
   Movant

### ORDER

Upon consideration of Movant's Motion to Dismiss Party, Doc. 168, it is

**ORDERED** that the Motion is **GRANTED** and Debtor Edward Franklin Dabney is

dismissed from the case.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: December 18, 2023