United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-00555-HWV |
| Angelea Michelle Jones | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 4 |
| Date Rcvd: Jun 18, 2024 | Form ID: pdf010 | Total Noticed: 42 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| jdb | + | Angelea Michelle Jones, 1590 Pleader Lane, York, PA 17402-7658 |
| 5303723 | | Bridgecrest credit company, LLC, PO Box 29018 Phoenix AZ 85038 |
| 5301851 | + | Consumer Portfolio Services, 700 Independence Pkwy Suite 400, Chesapeake, VA 23320-5186 |
| 5301856 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 5302234 | + | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5303192 | | consumer, P. O. Box 57071, Irvine, CA 92619-7071 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 18 2024 18:48:18 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 18 2024 18:48:18 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 18 2024 18:48:36 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5301847 | + | Email/Text: mnapoletano@ars-llc.biz | Jun 18 2024 18:41:00 | Ability Recovery Services, LLC, PO Box 4031, Wyoming, PA 18644-0031 |
| 5301848 | + | Email/Text: bankruptcy@rentacenter.com | Jun 18 2024 18:41:00 | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 5301849 | + | Email/Text: rm-bknotices@bridgecrest.com | Jun 18 2024 18:40:00 | Bridgecrest, PO Box 53087, Phoenix, AZ 85072-3087 |
| 5301850 | + | Email/Text: bankruptcy@cavps.com | Jun 18 2024 18:40:00 | Calvary Portfolio, 500 Summit Lake Dr. Suite 4A, Valhalla, NY 10595-2323 |
| 5302926 | + | Email/Text: bankruptcy@cavps.com | Jun 18 2024 18:40:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5301852 | + | Email/Text: bankruptcy@consumerportfolio.com | Jun 18 2024 18:40:00 | Consumer Portfolio Svc, 19500 Jamboree Rd, Irvine, CA 92612-2437 |
| 5301853 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 18 2024 18:40:00 | Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 5301855 | + | Email/Text: bankruptcydepartment@tsico.com | Jun 18 2024 18:41:00 | EOS CCA, PO Box 981008, Boston, MA 02298-1008 |
| 5301854 | + | Email/Text: bknotice@ercbpo.com | Jun 18 2024 18:40:00 | Enhanced Recovery Co L, Po Box 57547, Jacksonville, FL 32241-7547 |
| 5441226 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 18 2024 18:48:19 | Exeter Finance LLC, AIS Portfolio Services, LP, |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5515947 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 18 2024 18:48:33 | Exeter Finance LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5318338 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jun 18 2024 18:40:00 | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE CORP., Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 5301858 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jun 18 2024 18:40:00 | Freedom Mortgage Corp, 907 Pleasant Valley Ave, Mount Laurel, NJ 08054-1210 |
| 5301859 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 18 2024 18:48:35 | HUD, 451 7th Street, SW, Washington, DC 20410-0002 |
| 5315897 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jun 18 2024 18:41:00 | HYUNDAI CAPITAL AMERICA DBA, HYUNDAI MOTOR FINANCE, PO BOX 20809, FOUNTAIN VALLEY, CA 92728-0809 |
| 5301860 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jun 18 2024 18:41:00 | Hyundai Capital Americ, 10550 Talbert Av, Fountain Valley, CA 92708-6032 |
| 5301861 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 18 2024 18:40:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 5342148 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 18 2024 18:40:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 5342149 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 18 2024 18:40:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302, JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 5320182 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 18 2024 18:40:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 5301862 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 18 2024 18:40:00 | Nelnet LNS, PO Box 82561, Lincoln, NE 68501-2561 |
| 5304852 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 18 2024 18:40:00 | Nelnet on behalf of ECMC, Educational Credit Management Corp, PO Box 16408, St. Paul MN 55116-0408 |
| 5301864 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 18 2024 18:48:27 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd. Suite 100, Norfolk, VA 23502 |
| 5312517 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 18 2024 18:48:20 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5306286 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 18 2024 18:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5301863 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 18 2024 18:48:19 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 5318863 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 18 2024 18:40:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5301865 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jun 18 2024 18:48:30 | Regional Acceptance Co, 1424 E Fire Tower Road, Greenville, NC 27858-4105 |
| 5301866 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jun 18 2024 18:48:30 | Regional Acceptance Corp, 10045 Red Run, Owings Mills, MD 21117-5903 |
| 5305834 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jun 18 2024 18:48:30 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 5301867 | + | Email/Text: bankruptcy@sw-credit.com | Jun 18 2024 18:40:00 | Southwest Credit Syste, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 5302234 | ^ | MEBN | Jun 18 2024 18:40:29 | Synchrony Bank, c/o PRA Receivables |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5303538 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 18 2024 18:48:35 | U.S. Department of Housing and Urban Development, The Wanamaker Building, 100 Penn Square East, 11th Floor, Philadelphia, PA 19107-3380 |
| 5301868 | + | Email/Text: kcm@yatb.com | Jun 18 2024 18:40:00 | York Adams Tax Bureau, PO BOX 15627, York, PA 17405-0156 |

TOTAL: 37

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Exeter Finance LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 5301857 | *+ | Fed Loan Serv, PO Box 60610, Harrisburg, PA 17106-0610 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradley J Osborne | on behalf of Creditor Bridgecrest Credit Company LLC bosborne@hoflawgroup.com, ckohn@hoflawgroup.com |
| Dawn Marie Cutaia | on behalf of Debtor 2 Angelea Michelle Jones dmcutaia@gmail.com cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com,julie.yorkparalegal@gmail.com;r46159@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jerome B Blank | on behalf of Creditor Freedom Mortgage Corporation pamb@fedphe.com |
| Jodi Hause | on behalf of Creditor Freedom Mortgage Corporation jodi.hause@usdoj.gov pamb@fedphe.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Pamela Cunningham | on behalf of Creditor Bridgecrest Credit Company LLC pcunningham@hoflawgroup.com |

| | | |
|---|---|---|
| United States Trustee | | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | | on behalf of Creditor Exeter Finance LLC wcraig@egalawfirm.com  mortoncraigecf@gmail.com |

TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| EDWARD FRANKLIN DABNEY (DISMISSED) | Chapter: | 13 |
| Debtor 1 | Case No.: | 1:20-bk-00555-HWV |
| ANGELEA MICHELLE JONES | | |
| Debtor 2 | | |
| JACK N. ZAHAROPOULOS CHAPTER 13 TRUSTEE | | |
| vs. Movant(s) | | |
| EDWARD FRANKLIN DABNEY (DISMISSED) ANGELEA MICHELLE JONES | | |
| Respondent(s) | | |

## ORDER

Upon consideration of the Trustee's Certificate of Default, Doc. 189, and the Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default, Doc. 60, and it having been determined that this case should be dismissed, it is

**ORDERED** that the above-captioned case is dismissed. Notwithstanding the dismissal of this case, the Court retains jurisdiction over timely requests for payment of compensation.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: June 18, 2024