# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Edward Franklin Dabney<br>Angelea Michelle Dabney<br>**Debtor(s)** | BK NO. 20-00555 HWV<br><br>Chapter 13 |
| **FREEDOM MORTGAGE CORPORATION**<br>**Movant**<br>vs.<br>**Edward Franklin Dabney**<br>**Angelea Michelle Dabney**<br>**Debtor(s)**<br>**Jack N. Zaharopoulos**,<br>**Trustee** | Related to Claim No. 19 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 27, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Edward Franklin Dabney
1590 Pleader Lane
York, PA 17402

Angelea Michelle Dabney
1590 Pleader Lane
York, PA 17402

Attorney for Debtor(s)
Dawn Marie Cutaia, Pugh and Cutaia, PLLC
115 E. Philadelphia Street
York, PA 17404

Trustee
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: October 27, 2021

/s/Rebecca A. Solarz Esquire
Rebecca A. Solarz Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-825-6327
rsolarz@kmllawgroup.com